SNIDER, *Appellant,*
*v.*
PODGORNOFF, *Respondent.*
(No. 21931, CA 5901)
552 P2d 558

*Robert VanNatta,* St. Helens, argued the cause for appellant. With him on the brief were VanNatta & Peterson, St. Helens.

*David B. Williamson,* St. Helens, argued the cause for respondent. With him on the brief were Williamson & Whipple, St. Helens.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

This is an appeal from an order reducing child support. A party who requests such a modification must allege and prove a change in circumstances of one or the other of the parties sufficient to justify the modification. *Watson v. Watson,* 251 Or 65, 66-67, 444 P2d 476 (1968); *Hurner v. Hurner,* 179 Or 349, 357, 170 P2d 720 (1946); *Frothingham and Frothingham,*

22 Or App 39, 537 P2d 1174 (1975). Here, no evidence was introduced concerning change of circumstances.

Reversed.